# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREA N. ELSWICK,** | : | CIVIL ACTION NO. 1:18-CV-1886 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **ANDREW M. SAUL,** | : | |
| **Commissioner of Social Security,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 6th day of December, 2019, upon consideration of the report (Doc. 16) of Chief Magistrate Judge Susan E. Schwab, recommending that the court deny the appeal of plaintiff Andrea N. Elswick ("Elswick") from the decision of the administrative law judge denying her application for disability insurance benefits, and the court noting that Elswick has filed objections (Doc. 18) to the report, see FED. R. CIV. P. 72(b), and the Commissioner of Social Security ("Commissioner") filed a response (Doc. 19) thereto, and following *de novo* review of the contested portions of the report, see E.E.O.C. v. City of Long Branch, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)), and affording "reasoned consideration" to the uncontested portions, see id. (quoting Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987)), the court being in agreement with Judge Schwab that the administrative law judge's decision "is supported by substantial evidence," 42 U.S.C. § 405(g), and finding Judge Schwab's analysis to be thorough, well-reasoned, and fully supported

by the record, and further finding Elswick's objections to be without merit and squarely and correctly addressed by the report, it is hereby ORDERED that:

1. The report (Doc. 16) of Chief Magistrate Judge Schwab is ADOPTED.

2. The decision of the Commissioner denying Elswick's application for disability insurance benefits is AFFIRMED.

3. The Clerk of Court shall enter judgment in favor of the Commissioner and against Elswick as set forth in paragraph 2.

4. The Clerk of Court shall thereafter CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania